1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DOCK McNEELY,

12           Petitioner,                Civ. S-00-1358 DFL PAN P

13        v.

14   LOU BLANAS,

15           Respondent.               NON-RELATED CASE ORDER
     _____/

16
     DOCK McNEELY,                      Civ. S-00-1508 WBS DAD
17
             Plaintiff,
18
          v.
19
     SACRAMENTO COUNTY, et al.
20
             Defendants.
21   _____/

22   DOCK McNEELY,                      Civ. S-00-2797 DFL PAN P

23           Plaintiff,

24        v.

25   SACRAMENTO COUNTY, et al.

26           Defendants.
     _____/

1 | DOCK McNEELY,                                    Civ. S-01-2084 EJG GGH P

2 |         Plaintiff,

3 |     v.

4 | ROY K. SIMMONS, et al.

5 |         Defendants.
  |  _____/

6 | DOCK McNEELY,                                    Civ. S-03-2172 DFL PAN

7 |         Plaintiff,

8 |     v.

9 | EDWARD BONNER, et al.

10 |         Defendants.

11 |  _____/

12 | DOCK McNEELY,                                    Civ. S-04-0062 DFL PAN

13 |         Plaintiff,

14 |     v.

15 | LOU BLANAS, et al.

16 |         Defendants.
   |  _____/

17 | DOCK McNEELY,                                    Civ. S-04-1215 DFL PAN

18 |         Plaintiff,

19 |     v.

20 | EDWARD BONNER, et al.

21 |         Defendants.

22 |  _____/

23 |

24 |

25 |

26 |

2

1  DOCK McNEELY,                              Civ. S-05-1401 MCE DAD

2          Plaintiff,

3      v.

4  SACRAMENTO COUNTY, et al.

5          Defendants.
                                          /
6

7          A Notice of Related Cases was filed concerning the above-

   captioned cases on September 27, 2005.  See Local Rule 83-123
8
   (E.D. Cal. 2005).  On review of the cases, the court finds that
9
   the cases ought not be related or reassigned.  This order is
10
   issued for informational purposes only, and shall have no effect
11
   on the status of the cases, including any previous Related (or
12
   Non-Related) Case Order of this court. Therefore, they shall not
13
   be considered related.
14
           IT IS SO ORDERED.
15
   DATED: 10/20/2005
16

17

18

19                                    _____
                                      DAVID F. LEVI
20                                    United States District Judge

21

22

23

24

25

26