IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


DOCK McNEELY,

       Petitioner,           Civ. S-00-1358 DFL PAN P

   v.

LOU BLANAS,

       Respondent.        NON-RELATED CASE ORDER
_____/

DOCK McNEELY,             Civ. S-00-1508 WBS DAD

       Plaintiff,

   v.

SACRAMENTO COUNTY, et al.

       Defendants.
_____/

DOCK McNEELY,             Civ. S-00-2797 DFL PAN P

       Plaintiff,

   v.

SACRAMENTO COUNTY, et al.

       Defendants.
_____/

```
 1   DOCK McNEELY,                         Civ. S-01-2084 EJG GGH P

 2          Plaintiff,

 3       v.

 4   ROY K. SIMMONS, et al.

 5          Defendants.
                                        /
 6
     DOCK McNEELY,                         Civ. S-03-2172 DFL PAN
 7
            Plaintiff,
 8
         v.
 9
     EDWARD BONNER, et al.
10
            Defendants.
11                                      /

12   DOCK McNEELY,                         Civ. S-04-0062 DFL PAN

13          Plaintiff,

14       v.

15   LOU BLANAS, et al.

16          Defendants.
                                        /
17
     DOCK McNEELY,                         Civ. S-04-1215 DFL PAN
18
            Plaintiff,
19
         v.
20
     EDWARD BONNER, et al.
21
            Defendants.
22                                      /

23

24

25

26
```

1  DOCK McNEELY,                           Civ. S-05-1401 MCE DAD

2            Plaintiff,

3       v.

4  SACRAMENTO COUNTY, et al.

5            Defendants.
                                        /
6
   DOCK McNEELY,                           Civ. S-05-2549 WBS DAD
7
            Plaintiff,
8
        v.
9
   PLACER COUNTY, et al.
10
            Defendants.
11                                      /

12
        A Notice of Related Cases was filed concerning the above
13
   captioned cases on December 16, 2005.  See Local Rule 83-123
14
   (E.D. Cal. 2005).  On review of the cases, the court finds that
15
   the cases ought not be related or reassigned.  This order is
16
   issued for informational purposes only, and shall have no effect
17
   on the status of the cases, including any previous Related (or
18
   Non-Related) Case Order of this court.  Therefore, they shall not
19
   be considered related.
20
        IT IS SO ORDERED.
21

22  DATED: 1/31/2006

23

24

25                                  _____
                                    DAVID F. LEVI
26                                  United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1